■ ANGELO J. PALIOTTO, Appellant, v. THOMAS P. FINNEGAN et al., Respondents.— Motion by appellant to further enlarge his time to perfect the appeal, denied. Oral motion by respondents to dismiss appeal, made on calendar call, granted; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ BALDWIN KITCHEN CABINET CORP., Respondent, v. HYMAN ARTZ, Respondent, and A & B HOME IMPROVEMENT CORP., Appellant, et al., Defendants. — Motion by defendant-respondent to modify order, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ DANIEL S. DONOVAN et al., Respondents, v. WILLIAM WEISNER, Appellant.— Motion by respondents to dismiss appeal for lack of prosecution, granted; appeal dismissed, without costs. Cross motion by appellant to further enlarge his time to perfect the appeal, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ EL DORADO ALUMINUM PRODUCTS, INC., Appellant, v. DAVID JEROS et al., Respondents.— Motion by plaintiff-appellant to vacate or modify the order of this court, dated December 20, 1961. By said order this court granted by default the defendants' motion to dismiss plaintiff's appeal to this court from an order of the City Court of the City of New York on the ground that such an appeal lies only to the Appellate Term of the Supreme Court. It now appears that in its notice of appeal the plaintiff inadvertently specified the Appellate *Division* instead of the Appellate *Term.* Plaintiff's motion to vacate or modify this court's order of December 20, 1961, is denied. Such denial, however, is without prejudice to an application by plaintiff in the City Court, pursuant to section 107 of the Civil Practice Act, to amend its said notice of appeal, or, if such motion has been made and denied, to an application for reargument in the City Court. Such court is fully empowered to direct the necessary amendment to be made (*Kalish* v. *Belmont Motors,* 280 App. Div. 824; *Vesper* v. *Callahan,* 276 App. Div. 784; *Vose* v. *Conkling,* 159 App. Div. 201; cf. *Waldo* v. *Schmidt,* 200 N. Y. 199, 203–204). Our prior order of dismissal was likewise intended to be without prejudice to such an application by plaintiff in the City Court pursuant to said section 107 of the Civil Practice Act. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ ROSE L. POMERANTZ, as Administratrix of the Estate of NATHAN J. POMERANTZ, Deceased, Respondent, v. JOHN J. TULLMAN, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated December 4, 1961, requiring him to perfect his appeal for the February 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ SUSAN THOMPSON, Respondent, v. HENRY LITINSKY et al., Defendants, and LOUIS A. D'ALECY, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated November 6, 1961, requiring him to perfect his appeal for the February 1962 Term. Stay heretofore granted by said order, vacated. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ (A) In the Matter of MORRIS A. JACOBS, as Commissioner of Hospitals of the City of New York, Respondent, v. RUTH L. NIDEN, as Executrix of ZIVEL B. NIDEN, Deceased, Appellant. (B) ALICE GORDON, Respondent, v. JAMES GORDON, Appellant. (C) In the Matter of LORENZ-SCHNEIDER CO., INC., et al., Appellants, v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL 802, Respondent.— [In each action] Motion by appellant[s] for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.